IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr92

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| JAMIE CONEJO (4) ) | |
| ) | |

THIS MATTER is before the Court on an Order of Remand from the Fourth Circuit Court of Appeals for re-sentencing. (Doc. No. 89: Opinion and Judgment).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Jamie Conejo (Reg. No. 21294-058 ) present in Charlotte, North Carolina not later than June 29, 2011, for a sentencing hearing at 3:30 p.m.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: June 9, 2011

Robert J. Conrad, Jr.
Chief United States District Judge